Dismissed and Memorandum Opinion filed March 2, 2006









Dismissed and Memorandum Opinion filed March 2, 2006.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00672-CV

____________

 

EUGENE CORRUTHERS AND ARTHUR
CORRUTHERS 

D/B/A BAYOU CITY PALLET,
Appellant

 

V.

 

KOBA REAL ESTATE, L.P.,
Appellee

 



 

On Appeal from the 133rd District
Court

Harris County, Texas

Trial Court Cause No.
03-56859

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed June 16, 2005.  The clerk=s record was filed on August 22,
2005.  The reporter=s record was filed October 6,
2005.  No brief was filed.

On January 26, 2006, this Court issued an order stating that
unless appellant submitted its brief, together with a motion reasonably
explaining why the brief was late, on or before February 10, 2006, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).








Appellant filed no response. 
Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 2, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.